**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WESTLAKE GRAPHICS, INC. | § | Case No. 12-28042 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN            , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the Trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 10/11/13 in Courtroom 4016,

DuPage County Courthouse
505 North County Farm Road
Wheaton, Illinois 60187

If no objections are filed, upon entry of an Order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further Order of the Court.

Date Mailed: _____       By: _____

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*WHEATON, IL 60187*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| WESTLAKE GRAPHICS, INC. | § | Case No. 12-28042 |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 14,515.99 |
| and approved disbursements of | $ | 108.78 |
| leaving a balance on hand of[1] | $ | 14,407.21 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID R. BROWN | $ 2,201.60 | $ 0.00 | $ 2,201.60 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,201.60 |
| Remaining Balance | | $ | 12,205.61 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 193,253.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Genoa Business Forms Inc | $ 2,248.25 | $ 0.00 | $ 142.00 |
| 2 | Yorke Printe Shoppe, Inc. | $ 488.75 | $ 0.00 | $ 30.87 |
| 3 | Ccg, Llc | $ 70,770.42 | $ 0.00 | $ 4,469.76 |
| 4 | American Litho, Inc. | $ 86,042.22 | $ 0.00 | $ 5,434.31 |
| 5 | Suburban Mailing Services, Inc. | $ 33,703.62 | $ 0.00 | $ 2,128.67 |

Total to be paid to timely general unsecured creditors        $ 12,205.61

Remaining Balance        $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ David R. Brown
                              Trustee

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*WHEATON, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                         Case No. 12-28042-DRC
Westlake Graphics, Inc.                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: kseldon           Page 1 of 1            Date Rcvd: Sep 23, 2013
                              Form ID: pdf006         Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2013.
db         #+Westlake Graphics, Inc.,    127 East Lake Street,    Suite 205,    Bloomingdale, IL 60108-1123
19152640    +127 E. Lake St, LLC,    Attention: Dino Parducci,    127 E. Lake St.,
              Bloomingdale, IL 60108-1180
19152641    +American Litho, Inc.,    175 Mercedes Dr.,    Carol Stream, IL 60188-9409
19152644    +CCG, LLC,    c/o Teller, Levit & Silvertrust, PC,    19 South LaSalle Street, Suite 701,
              Chicago, IL 60603-1431
19152646     Fed Ex,   P. O. Box 94515,    Palatine, IL 60094-4515
19152647    +Genoa Business Forms Inc,    445 Park Avenue,    Sycamore, IL 60178-2100
19152648    +Suburban Mailing Services, Inc.,    C/O Phyllis Dill,    2020 Swift Drive,
              Oak Brook, IL 60523-1578
19152649    +Yorke Printe Shoppe, Inc.,    930 N. Lombard Road,    Lombard, IL 60148-1231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19152643    +E-mail/Text: g17768@att.com Sep 24 2013 01:55:19      AT&T,   P. O. Box 5080,
              Carol Stream, IL 60197-5080
19152645    +E-mail/Text: legalcollections@comed.com Sep 24 2013 01:51:56      ComEd,   P. O. Box 6111,
              Carol Stream, IL 60197-6111
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19152642    ##+Apple Printing Center,    1433 Fullerton Avenue,    Unit E,    Addison, IL 60101-4366
                                                                                  TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2013                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2013 at the address(es) listed below:
              David E Grochocinski    on behalf of Debtor   Westlake Graphics, Inc. lawyers@innovalaw.com,
               lawyers@innovalaw.com
              David R Brown, ESQ    dbrown@springerbrown.com, dbrown@ecf.epiqsystems.com;jill@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3