UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                          §
                                                §
                                                §
WESTLAKE GRAPHICS, INC.                         §       Case No. 12-28042
                                                §
                                                §
            Debtor(s)                           §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/DAVID R. BROWN_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

Document      Page 4 of 11

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| International Sureties, Ltd. | | | | | |
| Congressional Bank | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Litho 160 East Elk Trail Carol Stream, IL 60188 | | | | | |
| | Apple Printing Center 1433 Fullerton Avenue Unit E Addison, IL 60101 | | | | | |
| | AT&T P. O. Box 5080 Carol Stream, IL 60197 | | | | | |
| | CCG, LLC c/o Teller, Levit & Silvertrust, PC 19 South LaSalle Street, Suite 701 Chicago, IL 60603 | | | | | |
| | ComEd P. O. Box 6111 Carol Stream, IL 60197 | | | | | |
| | Fed Ex P. O. Box 94515 Palatine, IL 60094-4515 | | | | | |
| | Genoa Business Forms 445 Park Avenue P. O. Box 450 Sycamore, IL 60178-0452 | | | | | |
| | Suburban Mailing Services, Inc. 2020 Swift Drive Oak Brook, IL 60523 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Yorke Printe Shoppe, Inc. 930 N. Lombard Lombard, IL 60148 | | | | | |
| 4 | American Litho, Inc. | | | | | |
| 3 | Ccg, Llc | | | | | |
| 1 | Genoa Business Forms Inc | | | | | |
| 5 | Suburban Mailing Services, Inc. | | | | | |
| 2 | Yorke Printe Shoppe, Inc. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 12-28042 | DRC | Judge: | Donald R Cassling | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|---|---|
| Case Name: | WESTLAKE GRAPHICS, INC. | | | | Date Filed (f) or Converted (c): | 07/16/2012 (f) |
| | | | | | 341(a) Meeting Date: | 10/02/2012 |
| For Period Ending: | 10/16/2014 | | | | Claims Bar Date: | 08/15/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account with Harris Bank | 3,009.00 | 3,009.00 | | 14,515.99 | 0.00 |
| 2. Security deposit | 600.00 | 600.00 | | 0.00 | FA |
| 3. America Litho | 5,889.02 | 5,889.02 | | 0.00 | FA |
| 4. Four Seasons Resort, Nevis | 5,042.55 | 5,042.55 | | 0.00 | FA |
| 5. RDN Manufacturing | 612.86 | 612.86 | | 0.00 | FA |
| 6. Equipment, furniture, etc. | 449.05 | 449.05 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)   $15,602.48   $15,602.48   $14,515.99   $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 08/20/2013    Current Projected Date of Final Report (TFR): 08/20/2013

Page: 1

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-28042 | Trustee Name: | DAVID R. BROWN |
| Case Name: | WESTLAKE GRAPHICS, INC. | Bank Name: | Congressional Bank |
| | | Account Number/CD#: | XXXXXX8696 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX3679 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/16/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/15/12 | 1 | HARRIS BANK | Turnover of Bank Account | 1129-000 | $14,515.99 | | $14,515.99 |
| 02/13/13 | 101 | International Sureties, Ltd.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 60139 | Bond no. 016026455 | 2300-000 | | $12.35 | $14,503.64 |
| 03/08/13 | | Congressional Bank<br>6500 Rock Spring Drive  Suite 300<br>Bethesda, MD 20817 | service charge | 2600-000 | | $13.92 | $14,489.72 |
| 04/22/13 | | Congressional Bank<br>6500 Rock Spring Drive  Suite 300<br>Bethesda, MD 20817 | service charge | 2600-000 | | $15.39 | $14,474.33 |
| 05/09/13 | | Congressional Bank<br>6500 Rock Spring Drive  Suite 300<br>Bethesda, MD 20817 | | 2600-000 | | $14.88 | $14,459.45 |
| 05/22/13 | | Transfer to Acct # xxxxxx7412 | Transfer of Funds | 9999-000 | | $14,459.45 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $14,515.99 | $14,515.99 |
| Less: Bank Transfers/CD's | $0.00 | $14,459.45 |
| Subtotal | $14,515.99 | $56.54 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $14,515.99 | $56.54 |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*                                      Page Subtotals:          $14,515.99          $14,515.99

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-28042  
Case Name: WESTLAKE GRAPHICS, INC.  
Taxpayer ID No: XX-XXX3679  
For Period Ending: 10/16/2014  

Trustee Name: DAVID R. BROWN  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX7412  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/22/13 | | Transfer from Acct # xxxxxx8696 | Transfer of Funds | 9999-000 | $14,459.45 | | $14,459.45 |
| 06/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $14,449.45 |
| 07/08/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.79 | $14,428.66 |
| 08/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.45 | $14,407.21 |
| 10/18/13 | 3001 | DAVID R. BROWN  400 SOUTH COUNTY FARM ROAD  WHEATON, IL  60187 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,201.60 | $12,205.61 |
| 10/18/13 | 3002 | Genoa Business Forms Inc  445 Park Avenue  Sycamore, Il 60178 | Final distribution to claim 1 representing a payment of 6.32 % per court order. | 7100-000 | | $142.00 | $12,063.61 |
| 10/18/13 | 3003 | Yorke Printe Shoppe, Inc.  930 N. Lombard Road  Lombard, Il 60148 | Final distribution to claim 2 representing a payment of 6.32 % per court order. | 7100-000 | | $30.87 | $12,032.74 |
| 10/18/13 | 3004 | Ccg, Llc  C/O Teller, Levit & Silvertrust, Pc  19 South Lasalle Street, Suite 701  Chicago, Il 60603 | Final distribution to claim 3 representing a payment of 6.32 % per court order. | 7100-000 | | $4,469.76 | $7,562.98 |
| 10/18/13 | 3005 | American Litho, Inc.  175 Mercedes Dr.  Carol Stream, Il 60188 | Final distribution to claim 4 representing a payment of 6.32 % per court order. | 7100-000 | | $5,434.31 | $2,128.67 |
| 10/18/13 | 3006 | Suburban Mailing Services, Inc.  C/O Phyllis Dill  2020 Swift Drive  Oak Brook, Il 60523 | Final distribution to claim 5 representing a payment of 6.32 % per court order. | 7100-000 | | $2,128.67 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $14,459.45 | $14,459.45 |
| Less: Bank Transfers/CD's | $14,459.45 | $0.00 |
| Subtotal | $0.00 | $14,459.45 |
| Page Subtotals: | $14,459.45 | $14,459.45 |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

|  |  |  |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $14,459.45 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

| TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7412 - Checking | $0.00 | $14,459.45 | $0.00 |
| XXXXXX8696 - Checking Account | $14,515.99 | $56.54 | $0.00 |
| | $14,515.99 | $14,515.99 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $14,515.99 |
| Total Gross Receipts: | $14,515.99 |